LODGED

MC–275

Name: ANTONIO NARANJO HERNANDEZ

Address: 10250 RANCHO ROAD

ADELANTO, CA. 92301

2017 OCT 12 AM 11:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

CDC or ID Number: A# 090147527

BY

U.S. DISTRICT COURT
3470 12th ST.
RIVERSIDE, CA. 92501

*(Court)*

2017 OCT 12 PM 3:13

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

---

ANTONIO NARANJO HERNANDEZ

Petitioner

vs.

DEPARTMENT OF HOMELAND SECURITY (DHS)

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. **CV17-02090** R AS

*(To be supplied by the Clerk of the Court)*

530

Fee Due

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal in paper form and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal electronically and you are an attorney, follow the requirements of the local rules of court for electronically filed documents. If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2017]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

MC–275

**This petition concerns:**

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [x] Other (specify): IN VIOLATION OF MY FOURTH AND FIFTH AMENDMENT RIGHTS

1. Your name: ANTONIO NARANJO HERNANDEZ

2. Where are you incarcerated? ADELANTO FACILITY / 10250 RANCHO RD. ADELANTO CA 92301

3. Why are you in custody? [ ] Criminal conviction   [x] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
   REMOVAL PROCEEDINGS

   b. Penal or other code sections: ACTIVE

   c. Name and location of sentencing or committing court:
   ADELANTO (DHS) DETENTION FACILITY
   IMMIGRATION COURT OFFICE
   10250 RANCHO ROAD ADELANTO CA. 92301

   d. Case number: A# 090 147 527

   e. Date convicted or committed: MARCH 01, 2015

   f. Date sentenced: N/A

   g. Length of sentence: N/A

   h. When do you expect to be released? NO RELEASE DATE

   i. Were you represented by counsel in the trial court? [x] Yes   [ ] No   *If yes, state the attorney's name and address:*
   MAYRA GAMEZ - 634 SOUTH SPRING ST. 10TH FLOOR LOS ANGELES CA. 90014
   213-235-1671   FRANCO PROGRAM - PRO BONO - COUNSEL

4. What was the LAST plea you entered? *(Check one):*
   - [ ] Not guilty   [ ] Guilty   [ ] Nolo contendere   [x] Other: ACTIVE

5. If you pleaded not guilty, what kind of trial did you have?
   - [ ] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**
   **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

   UNDER 28 U.S.C. SECTION 2241
   IN VIOLATION OF MY FOURTH AND FIFTH AMENDMENT RIGHTS
   PRELIMINARY INJUCTION PREVENTING (286F. SUPP. 2D 843) FOR CONTINUING ME TO
   BE DETAIN WITH PENDING THE RESOLUTION OF REMOVAL PROCEEDINGS AGAINST
   MYSELF

   a.  **Supporting facts:**
      Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

      I'VE BEEN IN CUSTODY FOR 2 YEARS AND 3 MONTHS WITH THE DEPARTMENT OF
      HOMELAND SECURITY (DHS), IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN
      THE PROCESS OF REMOVAL PROCEEDINGS AND THEY COMMITTED VIOLATIONS WITH
      MY RIGHTS TO HAVE MYSELF IN CUSTODY FOR THE LAST 27 MONTHS WITHOUT A
      BOND HEARING (RODRIGUEZ V. ROBBINS)

   b.  Supporting cases, rules, or other authority *(optional)*:
      (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

      GRANTING HABEAS PETITIONS CASES / LESLIE V. ATT'GEN, VILLAREAL-RODRIGUEZ V. KANE,
      PARLAK V. BAKER, MARTIN V. AVILES, TKUCHENKO V. SABOL, MADRENE V. HOGAN,
      MARTINEZ V. GONZALEZ.

7.   **Ground 2 or Ground** _____   *(if applicable):*

a.   Supporting facts:

b.   Supporting cases, rules, or other authority:

**PETITION FOR WRIT OF HABEAS CORPUS**

MC–275

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☑ No    If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
   _____

   b. Result: _____ c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

                    (2) _____

                    (3) _____

   f. Were you represented by counsel on appeal? ☑ Yes  ☐ No  If yes, state the attorney's name and address, if known:
   MAYRA GAMEZ   634 SOUTH SPRING ST 10 TH FLOOR  LOS ANGELES  CA  90014
   _____

9. Did you seek review in the California Supreme Court? ☐ Yes ☑ No    If yes, give the following information:

   a. Result: _____ b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

                    (2) _____

                    (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal,  explain why the claim was not made on appeal:
   ACTIVE / REMOVAL PROCEEDINGS
   _____
   _____

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   b. Did you seek the highest level of administrative review available?    ☐ Yes  ☐ No
   *Attach documents that show you have exhausted your administrative remedies.*

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?    ☐ Yes   If yes, continue with number 13.   ☑ No   If no, skip to number 15.

13  a. (1)  Name of court: _____

     (2)  Nature of proceeding (for example, "habeas corpus petition"): _____

     (3)  Issues raised:  (a) _____

         (b) _____

     (4)  Result (attach order or explain why unavailable): _____

     (5)  Date of decision: _____

   b. (1)  Name of court: _____

     (2)  Nature of proceeding: _____

     (3)  Issues raised:  (a) _____

         (b) _____

     (4)  Result (attach order or explain why unavailable): _____

     (5)  Date of decision: _____

   c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
_____
_____
_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
_____
_____
_____

16. Are you presently represented by counsel?   ☑ Yes   ☐ No   If yes, state the attorney's name and address, if known:
MAYRA GAMEZ 634 SOUTH SPRING ST 10TH FLOOR LOS ANGELES CA. 90014
_____

17. Do you have any petition, appeal, or other matter pending in any court?   ☑ Yes   ☐ No   If yes, explain:
I DON'T KNOW – MY COUNSEL HAS NOT INFORM ME IF SHE WITHDRAWN MY COURT
HEARINGS
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
_____
_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10-5-17

▶ _Octave Morrott_
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2017]     **PETITION FOR WRIT OF HABEAS CORPUS**     Page 6 of 6

For your protection and privacy, please press the Clear This Form button after you have printed the form.     [Print this form]   [Save this form]     [Clear this form]

U.S. Department of Homeland Security

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 352286549          FINS: 1066588832

DOB: 01/04/1960

File No: 090 147 527

Event No: VEN1503000003

In the Matter of:

Respondent:  ANTONIO NARANJO-HERNANDEZ AKA: HERNANDEZ, Antonio N.

currently residing at:

10400 RANCHO ROAD ADELANTO ,CALIFORNIA, 92301          760 861-0160

(Number, street, city and ZIP code)          (805) 814-2802

(Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of MEXICO and a citizen of MEXICO;

3. You were admitted to the United States at LOS ANGELES on or about December 1, 1989 as a unknown manner;

4. You were, on June 10, 2005 , convicted in the Superior Court of California, in and for the County of Ventura, for the offense of Possession of a Controlled Substance , to wit: Cocaine, in violation of Section 11350 of the California Health and Safety Code .

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:  ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

to be determined.

_____
(Complete Address of Immigration Court, including Room Number, if any)

on To be set.          at To be set.          to show why you should not be removed from the United States based on the
(Date)                        (Time)

charge(s) set forth above.

B 2319 ASPERIN          SDDO
(Signature and Title of Issuing Officer)

Date: March 1, 2015          Camarillo, California
(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

pAge#7

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____   _____
                                                                           *(Signature of Respondent)*

_____   Date: ___3_/_1_/_15__
*(Signature and Title of Immigration Officer)*

### Certificate of Service

This Notice To Appear was served on the respondent by me on __March 1, 2015__, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person          [ ] by certified mail, returned receipt requested          [ ] by regular mail

[ ] Attached is a credible fear worksheet.
[ ] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ____Spanish/English____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          F 3672 GUERRERO       DEPORTATION OFFICER
*(Signature of Respondent if Personally Served)*                      *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07)

*page # 8*

U.S. Department of Homeland Security

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

| | | |
|---|---|---|
| Subject ID: 352286549 | FINS: 1066588832 | File No: 090 147 527 |
| | DOB: 01/04/1960 | Event No: VEN1503000003 |

In the Matter of:

Respondent: ANTONIO NARANJO-HERNANDEZ AKA: HERNANDEZ, Antonio N.     currently residing at:

760 861-6100 *(handwritten)*

10400 RANCHO ROAD ADELANTO ,CALIFORNIA, 92301     (805) 814-2802
(Number, street, city and ZIP code)     (Area code and phone number)

- [ ] 1. You are an arriving alien.
- [ ] 2. You are an alien present in the United States who has not been admitted or paroled.
- [x] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

**EX. 1** *(handwritten)*

1. You are not a citizen or national of the United States;

2. You are a native of MEXICO and a citizen of MEXICO;

3. You were admitted to the United States at LOS ANGELES on or about December 1, 1989 as a ~~unknown member~~; **LPR** *(handwritten)*

4. You were, on ~~June 20~~, 2005 , convicted in the Superior Court of California, in and for the County of Ventura, for the offense of Possession of a Controlled Substance , to wit: Cocaine, in violation of Section 11350 of the California Health and Safety Code . **APRIL 6** *(handwritten)*

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

- [ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
- [ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30(f)(2) [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

to be determined.
_____
(Complete Address of Immigration Court, including Room Number, if any)

on To be set.     at To be set.     to show why you should not be removed from the United States based on the
(Date)     (Time)

charge(s) set forth above.     B 2319 ASPERIN     SDDO
(Signature and Title of Issuing Officer)

Date: March 1, 2015     Camarillo, California
(City and State)

See reverse for important information     Form I-862 (Rev. 08/01/C

*page # 9 (handwritten)*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
10250 RANCHO RD., SUITE 201A
ADELANTO, CA 92301


Immigration Center for Women and Children
Gamez, Mayra Alejandra
634 S. Spring Street
Suite 727
Los Angeles, CA 90014

IN THE MATTER OF                    FILE A 090-147-527        DATE: Jul 10, 2017
NARANJO-HERNANDEZ, ANTONIO

— UNABLE TO FORWARD — NO ADDRESS PROVIDED

    ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:      BOARD OF IMMIGRATION APPEALS
                        OFFICE OF THE CLERK
                        5107 Leesburg Pike, Suite 2000
                        FALLS CHURCH, VA  22041


    ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:


                        IMMIGRATION COURT
                        10250 RANCHO RD., SUITE 201A
                        ADELANTO, CA  92301

X  OTHER: _Order in Custody Redetermination_

                                    _____
                                    COURT CLERK
                                    IMMIGRATION COURT                    FF

    CC: GARCIA, DEVIN, ESQ.
        10250 RANCHO ROAD
        ADELANTO, CA. 92301

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
ADELANTO , CALIFORNIA

In the Matter of: **ANTONIO NARANJO HERNANDEZ**  )
                                 ) In Bond Proceedings
     A# 090147527                           )
                                 )
          Respondent            )

### _REQUEST FOR CUSTODY HEARING UNDER RODRIGUEZ V. ROBBINS_

I respectfully request a custody redetermination hearing. I am currently detained under

INA § 235 or INA § 236(c) and have been detained for six months or longer pending completion

of my removal proceedings. Thus, by order of the U.S. District Court for the Central District of

California in _Rodriguez v. Robbins_, 2:07-cv-03239 (C.D. Cal. Sept. 13, 2012), I am entitled to a

bond hearing before this Court where I must be "release[d] on reasonable conditions of

supervision . . . unless the government shows by clear and convincing evidence that continued

detention is justified based on . . . danger to the community or risk of flight." _Id._ at 2. Moreover,

pursuant to the district court's order, the "bond hearing[] shall be recorded, so that transcriptions

will be available in the event of any appeal." _Id._

Respectfully submitted this _7TH_ day of _JUNE_, 20 _17_,

_Antonio Naranjo H_
Respondent, pro se

page # 11

CERTIFICATE OF SERVICE

I, <u>Antonio Naranjo Hernandez</u>_____ hereby certify a copy of the attached was mail to

<u>Court office of the Immigration Judge, 10400 Rancho Road, Adelanto, CA.92301,</u> on the

date indicated below.

Signature _<u>Antonio Moranjo H</u>_   Date _<u>06-07-17</u>_

page # 12

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### ADELANTO, CALIFORNIA

File No. A090-147-527 ) **ORDER**
In the Matter of: )
***NARANJO-HERNANDEZ, Antonio*** ) In Custody Redetermination
Applicant/Respondent ) Proceedings

Per the terms of *Rodriguez v. Holder*, No. 2:07-CV-03239 (C.D.Cal. Aug. 6, 2013), *aff'd in part, rev'd in part sub nom Rodriguez v. Robbins*, 804 F.3d 1060 (9th Cir. 2015), the Immigration Court enters the following order after consideration of the arguments and evidence of both parties:

____The applicant shall be released upon the payment of a bond in the amount of $_____.

____The following conditions shall be imposed on the release of the applicant:

____Report within _____ days to Immigration and Customs Enforcement.

____Enrollment in the Intensive Supervision and Appearance Program with in person reporting every _____ days or ankle bracelet monitoring.

____Show ongoing attendance in an AA program or NA program every _____ days.

____Other: _____

_X_The applicant is to be kept in custody as the Department of Homeland Security has shown by clear and convincing evidence that the applicant poses the following:

_X_A danger based on: _X_the severity of his prior criminal acts; _X_the recency of his criminal record; _X_ the extensiveness of his criminal record.

____A flight risk per: ___ low likelihood of relief; ___ immigration record; ___ criminal record; ___ deceitful behavior; ___ lack of a fixed address; ___ brief length of residence in the U.S.; ___ minimal or nonexistent family ties; ___ lack of employment history.

Dated: ___7/10/17___

_____
Ian R. Simons
U.S. Immigration Judge

Appeal: RESERVED/WAIVED (A/DHS/B)   Appeal Due By 8/9/10
Served on (A) Alien; (W) Alien's Counsel; (A) DHS   by Personal Service; Mail;
Dated ___7/10/17___

page # 13

ANTONIO NARANJO HERNANDEZ
[A#090147527] W2-B-204-2L.
DHS/ICE CUSTODY DETENTION FACILITY
10250 RANCHO ROAD-ADELANTO, CA 92301

June 05, 2017

Honorable Judge: Timothy R. Everett

    I, Antonio Naranjo Hernandez Pro Se litigant who respectfully submit this letter to you with my petition of bond hearing request for a new court date because my desperate situation of being in ICE detention for two years and not having any updates on my immigration status since my last court on December 16, 2016. Also, on January 25th, 2017 I had another court date but unfortunately was canceled or withdraw by my attorney on file the last time she advised me to wait for a decision on my case on or before February 10,2017. Unfortunately until now I have not received any notice, for that reason your Honor I am mailing the petition for bond hearing. I' am doing this my self because my attorney Mayra Gomez  don't answer my phone calls my mail I don't have any communication for the last 2 weeks . Thank you for your attention and time. God bless you.

Sincerely ,

_Antonio Naranjo H_
ANTONIO NARANJO HERNANDEZ
[A#090147527] W2-B-204-2L.
DHS/ICE CUSTODY DETENTION FACILITY
10250 RANCHO ROAD-ADELANTO, CA 92301

Page 1 of 1

page #14

ANTONIO NARANJO HERNANDEZ
[A#090147527] W2-B-204-2L.
DHS/ICE CUSTODY DETENTION FACILITY
10250 RANCHO ROAD-ADELANTO, CA 92301

February 22, 2017

Honorable Judge: Timothy R. Everett

I, Antonio Naranjo Hernandez Pro Se litigant who respectfully submit this letter to you because my desperate situation of being in ICE detention for two years and not having any updates on my immigration status since my last court on December 16, 2016. Also, on January 25th, 2017 I had another court date but unfortunately was canceled and my attorney on file advised me to wait for a decision on my case on or before February 10,2017. Unfortunately until now I have not received any notice, for that reason your Honor I am writing to you hoping that you can help me by providing me an update on my case. My attorney Mayra Gamez advised me to write to you because she hasn't had any notice herself and I am very ancient to find out the courts verdict. Thank you for your attention and time. God bless you.

I

Sincerely ,

ANTONIO NARANJO HERNANDEZ
[A#090147527] W2-B-204-2L.
DHS/ICE CUSTODY DETENTION FACILITY
10250 RANCHO ROAD-ADELANTO, CA 92301

page # 15

# DETAINEE REQUEST FORM

MAR 2 7 2017

DEPORTATION OFFICER _MONTES_

DETAINEE NAME _Naranjo-Hernandez, Antonio_
A-NUMBER _090147527_   NATIONALITY _Mexico_
BOOKING NUMBER _____   BARRACKS/ BED _B-204-21 U-2_

- [ ] When is my next court date?

- [ ] Do I qualify for a bond?
- [ ] I would like to request to have my bond reduced to _____

- [ ] When will I be deported? I was ordered deported on _____
- [ ] How soon can I be deported?   [ ] I want to be deported as soon as possible.

- [ ] Am I eligible for Voluntary Departure?

- [ ] Do I qualify for Parole?   [ ] What is the Status of my Parole request?
- [ ] I have documents for my Parole request. (explain below)

- [ ] I already have a Deportation Order, when is my custody review?  [ ] What is the Status of the review?

- [ ] When will I see the consulate?

- [ ] I need a copy of my:  [ ] Notice to Appear  [ ] _____

- [ ] I have some paperwork to add to my file (explain below)

- [x] Property issues (explain below)  [ ] I'm missing _____ from _____

- [x] Other (explain below) **URGENT   A.S.A.P**
Please Specify In Detail _I like To Request a Personal Visit from officer Montes as soon as possible to talk about Regarding My Case its an Urgent matter its been four monts ago since I was supost to Receive a decision from Judge Everett and have no answer yet OR whatever else I suppost to talk to on a Higher level Because this has been to far to long for the outcome of My Case I Need to know or take other actions_

Officer Response: _____

OFFICER SIGNATURE _[signature]_   DATE _3-27-17_   Thank Yo

- [ ] Interview  [ ] Interpreter  Interviewed: _____

- [ ] Written Response Only  Received : _2-THINGS: 1) YOU HAVE AN ATTORNEY THAT YOU CAN ASK SUCH QUESTIONS TO._

ADE-DETAINEE
08-2011

_2) DHS HAS FILED A MOTION TO HAVE A COURT HEARING SO THE JUDGE CAN FINALLY GIVE A DECISION. THIS MOTION WAS FILED 3-15-17_

page # 16

# SOLICITUD DEL DETENIDO

MAY 22 2017

OFICIAL DE DEPORTACION *Montes*

NOMBRE DEL DETENIDO *Antonio Naranjo Hernandez*

NUMERO A- *090147527*  NACIONALIDAD *Mexico*

NÚMERO DE REGISTRO  DORMITORIO/ CAMA *2B-204-2L*

*W2-B*

- [ ] Cuando es mi próxima cita a corte?

- [ ] Califico para una fianza?
- [ ] Quisiera solicitar una reducción a mi fianza de: _____

- [ ] Cuando seré deportado?  Recibí la orden de deportación el: _____
- [ ] Cuando puedo ser deportado?  [ ] Quisiera ser deportado lo más pronto posible.

- [ ] Soy elegible para una Salida Voluntaria?

- [ ] Califico para Libertad Condicional?  [ ] Cual es el estado do mi solicitud del Libertad Condicional?
- [ ] Tengo documentos para mi solicitud de Libertad Condicional (explique al final de la pagina)

- [ ] Ya tengo una Orden de Deportación.  Cuando tendrá lugar me revisión de custodia?
    - [ ] Cual es el estado de la revisión?

- [ ] Cuando podre ver al representante del Consulado?

- [ ] Necesito una copia de mi:  [ ] Aviso para comparecer  [ ] _____
- [ ] Tengo algunos documentos que añadir en mi expediente (explique al final de la pagina)

- [ ] Asuntos de propiedades (explique al final de la pagina)  [ ] Me falta _____ de _____

- [ ] Otros (explique al final de la página)

Por favor, especifique detalladamente: *Necesito mi fecha de corte para mi fianza y si califico para una fianza por favor gracias.*

Respuesta del Oficial: *YOUR ATTORNEY CHOSE TO WITHDRAW YOUR LAST BOND HEARING, SO YOU MAY WANT TO TALK TO HER.*

FIRMA DEL OFICIAL _____  FECHA *5-22-17*

- [ ] Interview  [ ] Interpreter  Interviewed: _____

- [ ] Written Response Only  Received: _____

ADE-DETAINEE
08-2011

*page # 17*

OMB No. 1615-0104; Expires 01/31/2016

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-918, Petition for U Nonimmigrant Status

**START HERE - Please type or print in black ink.**

| Part 1. Information about you. *(Person filing this petition as a victim)* |
|---|

**Family Name**
HERNANDEZ

**Given Name**
ANTONIO

**Middle Name**
NARANJO

**Other Names Use (Include maiden name/nickname)**

**Home Address** - Street Number and Name
~~GUYUIOS RANCH~~ 10250 Rancho Rd.

**Apt. No.**

**City**
~~MADERA~~ ADELANTO

**State/Province**
CALIFORNIA

**Zip/Postal Code**
92301

**Safe Mailing Address (if other than above)** - Street Number and Name

**Apt. No.**

**C/O (in care of):**

**City**

**State/Province**

**Zip/Postal Code**

**Home Telephone No.**
*(with area code)*
N/A

**Safe Daytime Phone No. (with area code)**
N/A

**E-Mail Address (optional)**
N/A

**A-No. (if any)**
090147527

**U.S. Social Security No. (if any)**
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

**Gender**
[X] Male   [ ] Female

**Marital Status**
[ ] Single   [X] Married   [ ] Divorced   [ ] Widowed

**Date of Birth (mm/dd/yyyy)**
01/04/1960

**Country of Birth**
MEXICO

**Country of Citizenship**
MEXICO

**Passport No.**
N/A

**Place of Issuance**

**Date of Issue (mm/dd/yyyy)**

**Place of Last Entry**

**Date of Last Entry (mm/dd/yyyy)**

**I-94 No. (Arrival/Departure Document)**

**Current Immigration Status**

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| **Resubmitted** | |
| Date | |
| Date | |
| **Reloc Sent** | |
| Date | |
| Date | |
| **Reloc Rec'd** | |
| Date | |
| Date | |

**U.S. Embassy/Consulate:**

**Validity Dates**
From: _____
To: _____

**Remarks**

**Conditional Approval**
Stamp No.: _____   Date _____

**Action Block**

| To Be Completed by *Attorney or Representative*, if any. |
|---|

[ ] Fill in box if G-28 is attached to represent the applicant.

ATTY State License Number

## Part 2.  Additional information.

Answers to the questions below require explanations and supporting documentation.  Attach relevant documents in support of your claims that you are a victim of criminal activity listed in the Immigration and Nationality Act (INA), section 101(a)(15)(U).  You must also attach a personal narrative statement describing the criminal activity of which you were the victim.  If you are only petitioning for U derivative status for a qualifying family member(s) subsequent to your (the principal petitioner) initial filing, evidence supporting the original petition is not required to be submitted with the new Form I-918.

Attach additional sheets of paper as needed.  Write your name and Alien Registration Number (A #), if any, at the top of each sheet and indicate the number of the item that refers to your answer.  Include the Part and letter or number relating to the additional information you provided (example: Part 2, Z).

**Check either "Yes" or "No" as appropriate to each of the following questions.**

1. I am a victim of criminal activity listed in the INA at section 101(a)(15)(U).   ☒ Yes   ☐ No

2. I have suffered substantial physical or mental abuse as a result of having been a victim of this criminal activity.   ☒ Yes   ☐ No

3. I possess information concerning the criminal activity of which I was a victim.   ☒ Yes   ☐ No

4. I am submitting a certification from a certifying official on Form I-918 Supplement B, U Nonimmigrant Status Certification.   ☒ Yes   ☐ No

5. The crime of which I am a victim occurred in the United States including Indian country and military installations) or violated the laws of the United States.   ☒ Yes   ☐ No

6. I am under the age of 16 years.   ☐ Yes   ☒ No

7. I want an Employment Authorization Document.   ☐ Yes   ☒ No

8. Have you ever been in immigration proceedings?   ☒ Yes   ☐ No

If "Yes," what type of proceedings? *(Check all that apply.)*

| ☒ Removal Date *(mm/dd/yyyy)* | ☐ Exclusion Date *(mm/dd/yyyy)* | ☐ Deportation Date *(mm/dd/yyyy)* | ☐ Recission Date *(mm/dd/yyyy)* | ☐ Judicial Date *(mm/dd/yyyy)* |
|---|---|---|---|---|
| 03/01/2015 | | | | |

9. List each date, place of entry and status under which you entered the United States during the five years preceding the filing of this petition.

| Date of Entry *(mm/dd/yyyy)* | Place of Entry | Status at Entry |
|---|---|---|
| 1979 | SAN ISIDRO CA. | ILLEGAL |
| | | |
| | | |

## Part 2.  Additional information.   *(Continued.)*

**10.** If you are outside the United States, give the U.S. Consulate or inspection facility you want notified if this petition is approved.

Type of Office *(Check one)*:   ☐ Consulate   ☐ Pre-flight inspection   ☐ Port of Entry

Office Address *(City)*

U.S. State or Foreign Country

Safe Foreign Address Where You Want Notification Sent - Street Number and Name

Apt. No.

City

State/Province

Country

Zip/Postal Code

## Part 3.  Processing information.

Please answer the following questions about yourself.  For the purposes of this petition, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.  *(Answering "Yes" does not necessarily mean that you will be denied U nonimmigrant status.)*

1. Have you **EVER**:

   **a.** Committed a crime or offense for which you have not been arrested?   ☐ Yes  ☒ No

   **b.** Been arrested, cited or detained by any law enforcement officer (including DHS, former INS and military officers) for any reason?   ☒ Yes  ☐ No

   **c.** Been charged with committing any crime or offense?   ☒ Yes  ☐ No

   **d.** Been convicted of a crime or offense (even if violation was subsequently expunged or pardoned)?   ☒ Yes  ☐ No

   **e.** Been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?   ☒ Yes  ☐ No

   **f.** Received a suspended sentence, been placed on probation or been paroled?   ☒ Yes  ☐ No

   **g.** Been in jail or prison?   ☒ Yes  ☐ No

   **h.** Been the beneficiary of a pardon, amnesty, rehabilitation, or other act of clemency or similar action?   ☐ Yes  ☒ No

   **i.** Exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?   ☐ Yes  ☒ No

If you answered "Yes" to any of the above questions, complete the following table.  If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date of arrest, citation, detention, charge. *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition. *(e.g., no charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| UNLICENSED DRIVER | 11-26-2008 | OXNARD, CA. VENTURA | DISMISSED |
| GRAND THEFT | 6-17-2008 | OXNARD, CA. VENTURA | PROBATION |
| PUBLIC INTOXICATION | 2-22-2011 | OXNARD, CA. VENTURA | JAIL |

**Part 3. Processing information.**        *(Continued.)*

**2.** Have you ever received public assistance in the United States from any source, including the U.S. government or any State, county, city or other municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?   ☐ Yes   ☒ No

**3.** Have you:

**a.** Engaged in prostitution or procurement of prostitution or do you intend to engage in prostitution or procurement of prostitution?   ☐ Yes   ☒ No

**b.** Ever engaged in any unlawful commercialized vice, including, but not limited to illegal gambling?   ☐ Yes   ☒ No

**c.** Ever knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally?   ☐ Yes   ☒ No

**d.** Ever illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?   ☐ Yes   ☒ No

**4.** Have you ever committed, planned or prepared, participated in, threatened to, attempted to, or conspired to commit, gathered information for, solicited funds for any of the following:

**a.** Highjacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)?   ☐ Yes   ☒ No

**b.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained?   ☐ Yes   ☒ No

**c.** Assassination?   ☐ Yes   ☒ No

**d.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individual or to cause substantial damage to property?   ☐ Yes   ☒ No

**e.** The use of any biological agent, chemical agent, or nuclear weapon or device, or explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?   ☐ Yes   ☒ No

**5.** Have you ever been a member of, solicited money or members for, provided support for, attended military training (as defined in section 2339D(c)(1) of title 18, United States Code) by or on behalf of, or been associated with an organization that is:

**a.** Designated as a terrorist organization under section 219 of the Immigration and Nationality Act?   ☐ Yes   ☒ No

**b.** Any other group of two or more individuals, whether organized or not, which has engaged in or has a subgroup which has engaged in:   ☐ Yes   ☒ No

**c.** Highjacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)?   ☐ Yes   ☒ No

**d.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained?   ☐ Yes   ☒ No

**e.** Assassination?   ☐ Yes   ☒ No

**f.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individual or to cause substantial damage to property?   ☐ Yes   ☒ No

## Part 3.  Processing information.  *(Continued.)*

**g.** The use of any biological agent, chemical agent, or nuclear weapon or device, or explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?  ☐ Yes  ☒ No

**h.** Soliciting money or members or otherwise providing material support to a terrorist organization?  ☐ Yes  ☒ No

**6.** Do you intend to engage in the United States in:

**a.** Espionage?  ☐ Yes  ☒ No

**b.** Any unlawful activity, or any activity the purpose of which is in opposition to, or the control or overthrow of the government of the United States?  ☐ Yes  ☒ No

**c.** Solely, principally, or incidentally in any activity related to espionage or sabotage or to violate any law involving the export of goods, technology, or sensitive information?  ☐ Yes  ☒ No

**7.** Have you ever been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary?  ☐ Yes  ☒ No

**8.** Have you, during the period of March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, nationality, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

**9.** Have you EVER ordered, committed, assisted, helped with, or otherwise participated in any act that involved:

**a.** Torture or genocide?  ☐ Yes  ☒ No

**b.** Killing, beating, or injuring any person?  ☐ Yes  ☒ No

**c.** Displacing or moving any persons from their residence by force, threat of force, compulsion, or duress?  ☐ Yes  ☒ No

**d.** Engaging in any kind of sexual contact or relations with any person who was being subjected to force, threat of force, compulsion, or duress?  ☐ Yes  ☒ No

**e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes  ☒ No

**f.** The persecution of any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

If you answer "Yes," please describe the circumstances on a separate sheet(s) of paper.

**10.** Have you EVER advocated that another person commit any of the acts described in the preceding question, urged, or encouraged another person, to commit such acts?  (If you answer "Yes," describe the circumstances on a separate sheet(s) of paper.)  ☐ Yes  ☒ No

**Part 3. Processing information.** *(Continued.)*

**11.** Have you EVER been present or nearby when any person was:

    **a.** Intentionally killed, tortured, beaten, or injured? ☐ Yes ☒ No

    **b.** Displaced or moved from his or her residence by force, compulsion or duress? ☐ Yes ☒ No

    **c.** In any way compelled or forced to engage in any kind of sexual contact or relations? ☐ Yes ☒ No

    If you answer "Yes," please describe the circumstances on a separate sheet(s) of paper.

**12.** Have you (or has any member of your family) EVER served in, been a member of, or been involved in any way with:

    **a.** Any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? ☐ Yes ☒ No

    **b.** Any prison, jail, prison camp, detention camp, labor camp, or any other situation that involved guarding prisoners? ☐ Yes ☒ No

    **c.** Any group, unit, or organization of any kind in which you or other persons possessed, transported, or used any type of weapon? ☐ Yes ☒ No

    If you answer "Yes," please describe the circumstances on a separate sheet(s) of paper.

**13.** Have your EVER received any type of military, paramilitary or weapons training? (If you answer "Yes," please describe the circumstances on a separate sheet(s) of paper.) ☐ Yes ☒ No

**14. a.** Are removal, exclusion, rescission or deportation proceedings pending against you? ☒ Yes ☐ No

    **b.** Have removal, exclusion, rescission or deportation proceedings EVER been initiated against you? ☒ Yes ☐ No

    **c.** Have you EVER been removed, excluded or deported from the United States? ☐ Yes ☒ No

    **d.** Have you EVER been ordered to be removed, excluded or deported from the United States? ☐ Yes ☒ No

    **e.** Have you EVER been denied a visa or denied admission to the United States? *(If a visa was denied, explain why on a separate sheet of paper.)* ☐ Yes ☒ No

    **f.** Have you EVER been granted voluntary departure by an immigration officer or an immigration judge and failed to depart within the allotted time? ☐ Yes ☒ No

**15.** Are you under a final order or civil penalty for violating section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act)? ☐ Yes ☒ No

**16.** Have you ever, by fraud or willful misrepresentation of a material fact, sought to procure, or procured, a visa or other documentation, for entry into the United States or any immigration benefit? ☐ Yes ☒ No

**17.** Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

## Part 3. Processing information.  *(Continued.)*

**18.** Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver of such?  ☐ Yes  ☒ No

**19.** Have you ever detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody?  ☐ Yes  ☒ No

**20.** Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

**21.** Have you entered the United States as a stowaway?  ☐ Yes  ☒ No

**22. a.** Do you have a communicable disease of public health significance?  ☐ Yes  ☒ No

**b.** Do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others?  ☐ Yes  ☒ No

**c.** Are you now or have you been a drug abuser or drug addict?  ☒ Yes  ☐ No

## Part 4. Information about spouse and/or children.

**1.** ☒ Spouse

| Family Name | Given Name | Middle Name |
|---|---|---|
| HERNANDEZ | ROSA | MORENO |

| Date of Birth (mm/dd/yyyy) | Country of Birth | Relationship | Current Location |
|---|---|---|---|
| 10-31-1960 | MEXICO | SPOUSE | OXNARD CA |

**2.** ☒ Children

| Family Name | Given Name | Middle Name |
|---|---|---|
| NARANJO | CRISTINA | MORENO |

| Date of Birth (mm/dd/yyyy) | Country of Birth | Relationship | Current Location |
|---|---|---|---|
| 12-20-1986 | .USA | DAUGHTER | OXNARD CA |

| Family Name | Given Name | Middle Name |
|---|---|---|
| NARANJO | CLAUDIA | LIZETTE |

| Date of Birth (mm/dd/yyyy) | Country of Birth | Relationship | Current Location |
|---|---|---|---|
| 3-19-1991 | USA | DAUGHTER | OXNARD CA |

*(If more space is needed, attach additional sheet(s) of paper.)*

## Part 5.   Filing on behalf of family members.

I am now petitioning for one or more qualifying family member(s).  *(If "Yes," complete and include*
*Form I-918, Supplement A and Supplement B, for each family member for whom you are petitioning.)*      ☒ Yes      ☒ No

## Part 6.  Attestation, release and signature.  *(Read information on penalties in the instructions before completing this part.)*

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this petition is all true and correct.  I certify also that I have not withheld any information that would affect the outcome of this petition.

**Signature**                                                      **Date** *(mm/dd/yyyy)*

10-3-17

**NOTE:**  *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found*
*eligible for the benefit sought and this petition will be denied.*

## Part 7.  Signature of person preparing form, if other than above.  *(Sign below.)*

I declare that I prepared this petition at the request of the above person, and it is based on all information of which I have knowledge.
I have not knowingly withheld any material information that would affect the outcome of this petition.

**Attorney or Representative:**  In the event of a Request for Evidence, may USCIS contact you by Fax or E-Mail?  ☐ Yes   ☐ No

**Preparer's Signature**                                              **Date** *(mm/dd/yyyy)*

**Preparer's Printed Name**                           **Preparer's Firm Name** *(if applicable)*

**Preparer's Address**

**Daytime Phone Number** *(with area code)*   **Fax Number** *(if any)*   **E-Mail Address** *(if any)*
(     )                              (     )



# MADERA SUPERIOR COURT

**200 S. G Street**
**Madera CA 93637**

**Phone: 559-416-5550**
**Fax: 559-675-7618**

Presiding Judge: Ernest J. LiCalsi
Assistant Presiding Judge: Joseph A. Soldani

Bonnie Thomas, Court Executive Officer
Jeffrey Nass, Criminal Division Supervisor

September 12, 2016

Antonio Naranjo Hernandez A# 090-147-527
Adelanto Detention Facility, WB2-204-2L
10250 Rancho Road
Adelanto CA 92301

Re: Correspondence Received June 10, 2016

Dear Mr. Hernandez,

Please accept my apologies in sending this untimely response. In your letter, you stated you were the victim in Case No. 5153. You also requested that documentation from this file be sent to you.

I have made numerous attempts to locate the file containing the disposition in this case but could not locate the record. All that currently remains of Case No. 5153 is a docket. The original file has been destroyed and all that remains is limited information contained in the docket. I have reviewed the docket and found that the case was transferred to the Madera Superior Court from the lower court it originated from. The final disposition records are held in the Superior Court case file. At this time, I am unable to locate that case number and file.

As a courtesy, I have enclosed a copy of the docket for Case No. 5153. Again, please accept my sincere apologies for the untimely response. Please let me know if there is anything else I can do to assist you in this matter.

Best regards,

Melanie Cabanyog
Senior Legal Clerk-Criminal Division
Madera Superior Court

The mission of the Madera Superior Court is to ensure equal and fair access for all in the judicial system and provide public service in an efficient and impartial manner.

**PRELIMINARY EXAMINATION:**

☑ Defendant present  ☐ without attorney  ☑ with attorney _____

☑ Preliminary examination held.  ☐ Preliminary examination waived.

☑ Defendant held to answer for violating Section(s) _____

☑ Case transferred to Superior Court and defendant ordered to appear there on _____

☐ Charges for violating Sections_____ for which defendant not held to answer dismissed and defendant discharged on grounds of_____

☐ On motion of (Court/DA/Defense) case dismissed, Defendant ordered discharged:_____

JUDGE: _____   CLERK: _____   REPORTER: _____

**PLEA OF GUILTY/CHANGE OF PLEA:**

☐ Defendant present  ☐ without attorney  ☐ with attorney_____

☐ On motion of District Attorney complaint amended_____

☐ On motion of District Attorney count_____is amended by interlineation to allege a violation of section _____, a misdemeanor.

☐ Defendant waives arraignment on count _____ as amended. i.

☐ Defendant pleads guilty/nolo contendere to count _____

☐ On Motion of District Attorney Court orders count(s)_____dismissed.

☐ Prior Convictions_____

☐ Defendant advised of, understands, and knowingly and voluntarily and separately waives all the following rights: ☐ privilege against self-incrimination; ☐ to jury trial; ☐ to confrontation and cross-examination of adverse witnesses. After questioning defendant the Court determines that the defendant understands the nature of the charge, the elements of the offense, the leas available and possible defenses thereto, the possible range of penalties and other consequences of such plea (including the admission of any prior convictions).

☐ Change of plea form signed by the defendant and filed.

☐ Admit to bail in amount of $_____.  ☐ Defendant committed to custody of Sheriff.

☐ Defendant released on his own recognizance.

☐ Defendant to remain free on bail.  ☐ Defendant ordered discharged.

☐ Pre-sentence report ordered.  See Continuances.

☐ Further proceedings.  See Misdemeanor Docket form attached.

☐ _____
☐ _____
☐ _____
☐ _____

JUDGE:_____   CLERK:_____   REPORTER:_____

MADERA-SIERRA JUDICIAL DISTRICT
COUNTY OF MADERA, STATE OF CALIFORN

**FELONY DOCKET**

DA. No. 4623-81

THE PEOPLE OF THE STATE OF CALIFORNIA VS.
BENNY JIMENEZ MARTINEZ

CASE NO. 5153

COUNTS: I 209 (b) PC

Defendant

II 211 PC

Complaint Filed 12/3/81 Viol. 11/26/81

III 245 (a) PC

   (Date)       (Committed)

IV

Agency MSO Warrant to MSO Bail $7,000

170.6 C.C.P. Judge _____ filed _____

| Appearance Date & Time | OR Release Filed | Amount of Bail | Date Posted | Bond No. & Surety or Cash Bail (Self/Other) | Bail Exonerated |
|---|---|---|---|---|---|
| | | $7,000 | 2-23-82 | 10-87486 | 4-12-82 |

**CONTINUANCES:**

| Cont. on | Cont. to | Continued for | Present | Judge |
|---|---|---|---|---|
| 2-23 | 3-5 | 8:30 PH | D | Dahma |
| 3-5 | 3-19 | 8:30 PH | Platt DA | Dahma |
| 3-19 | 4-9 | 8:30 PH | Platt DA | Dahma |
| | | | | |
| | | | | |

**ARRAIGNMENT:**

PH 2-23-82 ☑ Defendant present ☑ without attorney ☐ with attorney ☐ Interpreter _____

_____ ☐ Arraignment and advisement of Constitutional Rights waived. Interpreter _____

_____ ☐ Copy of complaint given to defendant counsel.

_____ ☐ Defendant informed of charges, arraigned, and advised of the following rights: To an attorney at all stages of the proceedings; The Court would appoint an attorney if defendant does not have the financial means to retain own; To release on reasonable bail; To a speedy public trial before jury or judge; To a preliminary examination within ten Court days following plea; To the processes of the Court to subpoena; To confront and examine adverse witnesses; Not to incriminate self; To a continuance up to seven days; To a trial within 60 days upon the filing of the information which must be filed within 15 days if held to answer; To appeal.

_____ ☐ If you are not a citizen, you are hereby advised that conviction of the offense for which you have been charged may have the consequence of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

_____ ☐ Defendant advised that upon the conclusion of the case the Court may conduct a hearing to determine the defendant's then ability to pay for all or any part of the cost of appointed counsel, and that defendant may be ordered to pay all or that part of said costs within defendant's ability to pay.

_____ ☑ Public Defender appointed. Att Thomas Mills appointed

_____ ☐ Will retain counsel.

_____ ☑ Defendant committed to custody of Sheriff. ☑ Admit to bail in amount of $7,000.

_____ ☐ Defendant released on own recognizance. ☐ Defendant to remain free on bail.

_____ ☑ Plea of NOT GUILTY all counts entered. Prior convictions ☐ denied ☐ admitted.

_____ ☑ PRELIMINARY EXAMINATION SCHEDULED, See CONTINUANCES.

2-23-82 ☐ Warrant ret'd & filed

_____ ☐

_____ ☐

JUDGE: Dahman CLERK: R. Herald REPORTER: _____

FORM FD-5

## CERTIFICATE OF SERVICE

I, <u>Antonio Naranjo Hernandez</u> hereby certify a copy of the attached

<u>document</u> was mail to:

<u>U.S. DISTRICT COURT / 3470 12th ST. RIVERSIDE, CA. 92501</u>

_____, on the date indicated below.

Signature _Antonio Naranjo H_   Date _10-5-17_

ANTONIO NARANJO  /  90147527  /  W2-B-204-2L / 10250 RANCHO RD. ADELANTO CA 92301

Declaration for waiver or fee
for Registry and copies

I, the undersigned declare that I am unable to
pay the fee for registry and copies without
imparing my obligation to meet the common
neceseties of life.

I declare under the penalty of perjury that
forgoing is true and correct.

Date: 10-5-17   Sincerity: _____

ANTONIO NARANJO HERNANDEZ
A# 090147527/ W2-B-204-2L
10250 RANCHO RD.
ADELANTO, CA. 92301



INTAKE

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 1 2 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

U.S. DISTRICT COURT
3470 12th ST.
RIVERSIDE, CA. 92501

LEGAL MAIL