# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ANTONIO NARANJO HERNANDEZ, | Case No. EDCV 17-02090-R (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| DEPARTMENT OF HOMELAND SECURITY (DHS) | **CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with out prejudice.

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2   the Magistrate Judge's Report and Recommendation and the Judgment herein
 3   on counsel for Petitioner and counsel for Respondents.
 4
 5        LET JUDGMENT BE ENTERED ACCORDINGLY.
 6
 7        DATED: July 19, 2018
```

_____
                    MANUEL L. REAL
                    UNITED STATES DISTRICT JUDGE