**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| ANTONIO NARANJO HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY (DHS),<br><br>　　　　　Respondent. | Case No. EDCV 17-02090-R (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 19, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE